Juan COSTILLA, Plaintiff–Appellant,

v.

Frank A. CASSIANO, Jr.; Mario Perze;
Ann H. Barnhill, Defendants–
Appellees.

No. 12–7023.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 2, 2012.

Decided: Nov. 7, 2012.

Juan Costilla, Appellant Pro Se.

Before WILKINSON, KEENAN, and
THACKER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Juan Costilla appeals the district court's
order dismissing his 42 U.S.C. § 1983
(2006) complaint under 28 U.S.C.
§ 1915A(b) (2006). We have reviewed the
record and find that this appeal is frivolous. Accordingly, we dismiss the appeal
for the reasons stated by the district court.
*Costilla v. Cassiano,* No. 5:11–ct–03259–D
(E.D.N.C. June 1, 2012). We dispense
with oral argument because the facts and
legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*